IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF IDAHO

**MIKE ZEYEN**, Individually, as a Patron of )
Pocatello/Chubbuck School District #25, et al.,)   Case No. 1:18-cv-207-BLW
                                              )
                                              )   **ORDER Re Plaintiffs'**
    Versus                  )   **Motion (stipulated and unopposed)**
                                              )   **For Leave To Dismiss**
                                              )   **Twenty-five Parties Defendant**
**BOISE SCHOOL DISTRICT NO. 1,** et al.   )
_____)

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to dismiss Twenty-Five School Districts (docket no. 17) is GRANTED.

IT IS FURTHER ORDERED, that the parties agreeing that these twenty-five schools have certified that they charge no fees in the categories which are the subject of this litigation; and the Court being advised that the affected parties have agreed that the dismissals will be with prejudice with no costs assessed to either party; and the court having been fully advised in the premises; it is hereby ORDERED that the following party defendant schools are DISMISSED WITH PREJUDICE, each party to bear their respective costs and attorney fees:

Culdesac District  342
Plummer-Worley Jt District 44
Connor Academy Charter School
Upper Carmen Public Charter School
Shoshone Jt District 312
Swan Valley District 9
Legacy Public Charter School
American Heritage Charter School
Alturas International Academy
Heritage Academy Charter School
Blackfoot Charter Community Learning Center

Bingham Academy
Idaho Tech & Career Academy
Moscow Charter School
Idaho Dist. Ed. Academy.
Gem Prep. Pocatello
Gem Prep. Nampa
Forest M. Bird Charter.
Idaho Arts Charter Academy
Xavier Charter School
Idaho Virtual Academy 452
Arbon Elementary #283
Chief Tahgee Elementary Academy
Idaho School for Deaf and Blind
Idaho Connects on Line

DATED: October 5, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge