Brian K. Julian – ISB No. 2360
Bret A. Walther – ISB No. 4721
Andrea J. Fontaine – ISB No. 7175
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:      (208) 344-5510
E-Mail:           bjulian@ajhlaw.com
                     bwalther@ajhlaw.com
                     ajfontaine@ajhlaw.com

Attorneys for AJH Defendants

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE ZEYEN, Individually, as a Patron of Pocatello/Chubbuck School District #25, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Boise District #1; et al., <br><br> Defendants. | Case No.  1:18-cv-207 <br><br> **DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)** |

**COME NOW**, Defendants in the above-entitled action, as identified in Defendants' Answer to the First Amended Class Action Complaint (Dkt. 24) (hereinafter "AJH Defendants"), by and through their attorneys of record, Anderson, Julian & Hull, LLP, and hereby move this Court to dismiss the First Amended Class Action Complaint (Dkt. 21) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  The grounds for this motion are lack of subject matter jurisdiction, the *Pullman* abstention doctrine, the prohibition against removal by Plaintiffs, failure to state a claim for which relief can be granted and res judicata.

DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) - 1

This motion is supported by the Memorandum in Support of Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) and the Affidavit of Brian K. Julian in Support of Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), produced concurrently herewith.

DATED this 20th day of November, 2018.

                ANDERSON, JULIAN & HULL LLP


By:   /s/ Brian K. Julian_____
      Brian K. Julian, Of the Firm
      Attorneys for AJH Defendants

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 26th day of December, 2018, I served a true and correct copy of the foregoing by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Robert C. Huntley<br>R. HUNTLEY LAW, PLLC<br>815 W. Washington Street<br>P.O. Box 2188 Boise, Idaho 83701<br>Telephone: 208-388-1230<br>Facsimile: 208-388-0234<br>rhuntley@huntleylaw.com<br>*Attorney for Plaintiffs Rachael Booth,*<br>*Kim Wood, Mike Zeyen, and Olivia Zeyen* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |
| T. Jason Wood<br>WOOD LAW GROUP, PC<br>1906 Jennie Lee<br>Dr. Idaho Falls,<br>ID 83404<br>Telephone: (208) 497-0400<br>Fax: (208) 932-4380<br>Email: jason@woodlaw.net<br>*Attorney for Plaintiffs Rachael Booth,*<br>*Kim Wood, Mike Zeyen and Olivia Zeyen* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |
| James Garrison Reid<br>KAUFMAN REID, PLLC<br>1211 W. Myrtle<br>Suite 350<br>Boise, ID 83702<br>Telephone: (208) 342-4591<br>Fax: (208) 342-4657<br>Email: jreid@krlawboise.com<br>*Attorneys for Defendants Connor*<br>*Academy Public Charter School LEA*<br>*#460, Culdesac Joint District #342,*<br>*Plummer/Worley Joint District #44,*<br>*Shoshone Joint District #312,and Upper*<br>*Carmen Public Charter School LEA #486* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |

DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) - 3

| | | |
|---|---|---|
| J. Nick Crawford<br>BRASSEY CRAWFORD<br>345 BOBWHITE COURT<br>Suite 215<br>Boise, ID 83701-1009<br>Telephone: (208) 344-7300<br>Fax: (208) 344-7077<br>Email: jnc@brassey.net<br>*Attorneys for Defendants Inspire Connections Academy LEA #457* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |
| David Paul Gardner<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. Box 100<br>412 W. Center Street, Suite 2000<br>Pocatello, ID 83204<br>Telephone: (208) 233-2001<br>Fax: (208) 232-0150<br>Email: dgardner@hawleytroxell.com<br>*Attorney for Defendants Blaine County District #61, Caldwell District #132, Compass Public Charter School LEA #455, McCall-Donnelly District #421, Jefferson County Joint District #251, Madison District #321, Mountain Home District #193, Twin Falls District #411, and Vallivue District #139* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |
| Jill S. Holinka<br>MSBT LAW, CHTD<br>7699 W. Riverside Drive<br>Boise, ID 83714<br>Telephone: (208) 331-1800<br>Fax: (208) 331-1202<br>Email: jsh@msbtlaw.com<br>*Attorneys for Defendants Vision Charter School LEA #463* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |

_____
Andrea J. Fontaine

DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) - 4