<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: January 14, 2019  
Judge B. Lynn Winmill          Deputy Clerk: Jamie Bracke  
Case No. 1:18-cv-207          Reporter: Tammy Hohenleitner  
Place: Boise          Time:  9:14 - 10:07 a.m.  
                                                                        10:12 - 10:23 a.m.

<u>ZEYEN, et al v. BOISE DISTRICT #1, et al</u>

Counsel for Plaintiff: Robert Huntley

Counsel for AJH Defendants: Andrea Fontaine and Bret Walther

Counsel for Twin Falls School District Defendants: David Gardner

Hearing held regarding:

1) Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) (Dkt. 35 and 45); and

2) Twin Falls School District's Motion Opposing Class Certification and Motion to Dismiss for Lack of Subject Matter Jurisdiction (DKt. 36).

The Court deemed the motions under advisement. A written decision is forthcoming.