IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE ZEYEN, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>BOISE DISTRICT #1, et al.,<br><br>        Defendants. | Case No.  1:18-cv-207-RCT<br><br>**JUDGMENT** |

In accordance with the Order entered concurrently, and in accordance with Federal Rule of Civil Procedure 58(a), **IT IS ORDERED, ADJUDGED, AND DECREED** that this entire action is **DISMISSED** with prejudice and that judgment be entered in favor of the defendants.

This case is also ordered closed.

DATED: June 09, 2023

Richard C. Tallman
UNITED STATES CIRCUIT JUDGE

JUDGMENT - 1